CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mohammad Roshdi Aref Alsayyed Ahmad, and Assia Mohktar,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America; Alejandro Mayorkas, in his Official Capacity, Secretary, Department of Homeland Security; Monty Wilkinson, in his Official Capacity, Attorney General Department of Justice; Kerri Ann Quihuis, in his Official Capacity, ICE Field Office Director, Detention and Removal Las Vegas, Nevada (ICE Local),<br><br>Defendants. | Case No. 2:21-cv-00217-RFB-NJK<br><br>**Stipulation and Order to Extend Deadlines (First Request)** |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiffs Mohammad Roshdi Aref Alsayyed Ahmad, and Assia Mohktar, and Defendants, United States of America, et al., through counsel, submit the following Stipulation to Extend Deadlines. This is the first request for an extension of case deadlines. The parties enter this stipulation because:

1. On February 10, 2021, Plaintiffs filed their Complaint (ECF No. 1).

2. The United States Attorney's Office for the District of Nevada was served on February 19, 2021.

3. Under Fed. R. Civ. P. 12(a)(2), Defendants' Answer or other responsive pleading is currently due April 19, 2021.

4. The requested extension will provide Defendants additional time to consider Plaintiffs' claims and potential resolutions thereto not necessitating litigation.

5. Accordingly, the parties request that Defendants' Answer or other responsive pleading be filed by **May 19, 2021**.

Respectfully submitted this 14th day of April 2021.

/s/   Xavier Gonzales
XAVIER GONZALES, ESQ.
NV Bar No. 1862
8440 W. Lake Mead Blvd.
Suite 201
Las Vegas, NV 89128

*Attorney for Plaintiffs*

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Skyler Pearson
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 15th day of April, 2021.