CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mohammad Roshdi Aref Alsayyed Ahmad, and Assia Mohktar,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America; Alejandro Mayorkas, in his Official Capacity, Secretary, Department of Homeland Security; Monty Wilkinson, in his Official Capacity, Attorney General Department of Justice; Kerri Ann Quihuis, in his Official Capacity, ICE Field Office Director, Detention and Removal Las Vegas, Nevada (ICE Local),<br><br>Defendants. | Case No. 2:21-cv-00217-RFB-NJK<br><br>**Stipulation and Order to Extend Deadlines (Third Request)** |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiffs Mohammad Roshdi Aref Alsayyed Ahmad, and Assia Mohktar, and Defendants, United States of America, et al., through counsel, submit the following Stipulation to Extend Deadlines. This is the second request for an extension of case deadlines. The parties enter this stipulation because:

1. On February 10, 2021, Plaintiffs filed their Complaint (ECF No. 1).

2. The United States Attorney's Office for the District of Nevada was served on February 19, 2021.

3. Under Fed. R. Civ. P. 12(a)(2), Defendants' Answer or other responsive pleading was due April 19, 2021.

4.      On April 14, 2021, the parties stipulated to providing Defendants until May 19, 2021 to answer or otherwise respond. The Court entered an order granting the parties stipulation on April 15, 2021.

5.      On May 18, 2021, the parties stipulated to providing Defendants until June 2, 2021 to answer or otherwise plead.

6.      The current requested extension will provide Defendants additional time to consider Plaintiffs' claims and potential resolutions thereto not necessitating litigation.

5.      Accordingly, the parties request that Defendants' Answer or other responsive pleading be filed by **June 16, 2021**.

Respectfully submitted this 2nd day of June 2021.

                                                CHRISTOPHER CHIOU
                                                Acting United States Attorney

/s/  Xavier Gonzales
XAVIER GONZALES, ESQ.            /s/ Skyler Pearson
NV Bar No. 1862                       SKYLER H. PEARSON
8440 W. Lake Mead Blvd.          Assistant United States Attorney
Suite 201
Las Vegas, NV 89128               *Attorneys for the United States*

*Attorney for Plaintiffs*

IT IS FURTHER ORDERED that [8] Stipulation for Extension (Second Request) is denied as moot.

_____
RICHARD F. BOULWARE, II
**United States District Court**
DATED this 4th day of June, 2021.