1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 14853
3
   SKYLER H. PEARSON
4  Assistant United States Attorney
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  skyler.pearson@usdoj.gov

7  *Attorneys for the United States*

8
                  **UNITED STATES DISTRICT COURT**
9                      **DISTRICT OF NEVADA**

10

11 Mohammad Roshdi Aref Alsayyed Ahmad,    Case No. 2:21-cv-00217-RFB-NJK
   and Assia Mohktar,
12                                          **Stipulation and Order of Dismissal**
                 Plaintiffs,
13
        v.
14
   United States of America; Alejandro
15 Mayorkas, in his Official Capacity, Secretary,
   Department of Homeland Security; Monty
16 Wilkinson, in his Official Capacity, Attorney
   General Department of Justice; Kerri Ann
17 Quihuis, in his Official Capacity, ICE Field
   Office Director, Detention and Removal Las
18 Vegas, Nevada (ICE Local),

19               Defendants.

20      Plaintiffs Mohammad Roshdi Aref Alsayyed Ahmad, and Assia Mohktar, and

21 Defendants, United States of America, et al., through counsel, hereby file this Notice of

22 Stipulated Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii).

23      Since the filing of the Complaint and litigating this Court's subject matter

24 jurisdiction, Plaintiff Mohammad Roshdi Aref Alsayyed Ahmad has been legally admitted

25 into the United States and granted permanent residence status.

26      Therefore, this case is now moot.

27

28

The parties stipulate to a dismissal of this case with prejudice, request that the hearing scheduled for January 11, 2022 be vacated, and that the parties bear their own costs and fees.

Respectfully submitted this 6th day of January 2022.

/s/ Xavier Gonzales
XAVIER GONZALES, ESQ.
NV Bar No. 1862
8440 W. Lake Mead Blvd.
Suite 201
Las Vegas, NV 89128

*Attorney for Plaintiffs*

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Skyler Pearson
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 7th day of January, 2022.